UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60685-CIV-GOLD/MCALILEY

TIRAMISU INTERNATIONAL LLC,

    Plaintiff,

v.

CLEVER IMPORTS LLC,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge McAliley's Report and Recommendation ("the Report") **[DE 57]**. In the Report, Judge McAliley recommends that Plaintiff's Motion **[DE 51]** seeking permanent injunctive relief, money damages, and attorneys' fees and costs against Defendant Clever Imports be granted in part and denied in part. Defendant has not filed objections to the Report, and the time for doing so has expired. Upon an independent review of the Report, the record and applicable case law, as well as noting that no objections have been filed, it is hereby:

ORDERED AND ADJUDGED:

1.     The Report **[DE 16]** is AFFIRMED AND ADOPTED.

2.     For the reasons discussed in the well-reasoned Report, Plaintiff's Motion For Damages and Attorneys Fees Pursuant to 15 U.S.C. § 1117(a) **[DE 51]** is GRANTED IN PART AND DENIED IN PART.

3.     Defendant Clever Imports is permanently enjoined from any future use of Plaintiff Tiramisu's registered trademark as set forth in Magistrate Judge

        Chris McAliley's Report. **[DE 51; DE 57, p. 7-11]**.

4. Plaintiff is entitled to recover the full amount of Defendant's gross sales of Europa Tiramisu, for a total of **$53,375.00** in damages against Defendant.

5. Plaintiff is not entitled to seek treble damages from Defendant, and Plaintiff's request is DENIED.[1] **[DE 51; DE 57]**.

6. In accordance with Magistrate Judge Chris McAliley's Report, Plaintiff is awarded reasonable attorney fees in the amount of **$56,623.25**. **[DE 51; DE 57, p. 22-31]**.

7. Plaintiff is awarded **$145.00** in costs. **[DE 51; DE 57, p. 33-34]**.

8. This case is CLOSED and all pending motions are DENIED AS MOOT.

9. This case shall remain closed and all hearings are CANCELLED.

DONE and ORDERED in Chambers in Miami, Florida, this 10 day of August, 2010.

                          THE HONORABLE ALAN S. GOLD
                          UNITED STATES DISTRICT JUDGE

cc:
Magistrate Judge Patrick A. White
All Counsel of Record

---

[1] As Judge McAliley correctly notes in the Report, given the particular circumstances of the case at hand, enhanced damages would amount to a punitive award; which is barred by the Lanham Act. [DE 57, p. 22].